# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2030
LT Case No. 2022-031386-CICI

_____

TIFFANY JATEFF,

    Appellant,

    v.

RODNEY KENNETH MACK and
HALIFAX PAVING, INC.,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Mary Griffo Jolley, Judge.

Brian J. Esposito, of Esposito Law Firm, Tampa, and Shea T. Moxon, of Brannock Berman & Seider, Tampa, for Appellant.

Michael J. Raudebaugh, of Clausen Miller, P.A., Tampa, and Shawn T. Jewel, of Law Office of Peter J. Delahunty, Maitland, for Appellees.

October 30, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____